# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| William James Thomas Morrison, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00066-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| FNU Dulah, Nurse, Caldwell County Jail Medical Department, Cindy LNU, Head Nurse, Caldwell County Jail Medical Department, | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2014 Order.

June 9, 2014

Frank G. Johns, Clerk
United States District Court